Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−32753−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward John Norberto
   34 Walter Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−4407

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/20/19 at 09:00 AM

to consider and act upon the following:

**67** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/6/19

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court