Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

      Case No.: 17−32753−CMG
      Chapter: 13
      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward John Norberto
   34 Walter Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−4407

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on March 4, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 73 − 69
Order Granting Application for Extension of Loss Mitigation (Related Doc # 69). Loss Mitigation Period Extended to: 6/5/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/4/2019. (bwj)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 4, 2019
JAN: bwj

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Edward John Norberto  
     Debtor  

Case No. 17-32753-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 04, 2019  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm           E-mail/Text: bkteam@selenefinance.com Mar 05 2019 00:01:10      SELENE FINANCE,
        9990 Richmond Suite 400 South,    Houston, TX  77042-4546
                                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
        Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert    Russo     docs@russotrustee.com
        Christopher Keith Baxter     on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON
         SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES2013-19
         BKECF@mlg-defaultlaw.com
        Rebecca Ann Solarz     on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.     on behalf of Debtor Edward John Norberto bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                                                                                                                              TOTAL: 6