| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Edward John Norberto <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4407 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13  11/10/17 |
| Case number: | 17–32753–CMG | Date case converted to chapter: | 7  3/15/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward John Norberto | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 34 Walter Drive <br> Jackson, NJ 08527 | |
| 4. | **Debtor's attorney** <br> Name and address | William H. Oliver, Jr. <br> William H. Oliver, JR <br> 2240 State Highway 33 <br> Suite 112 <br> Neptune, NJ 07753 | Contact phone 732–988–1500 |
| 5. | **Bankruptcy trustee** <br> Name and address | Barry Frost <br> Barry W. Frost, Chapter 7 Trustee <br> 3131 Princeton Pike <br> Suite 110 <br> Building 5 <br> Lawrenceville, NJ 08648 | Contact phone 609–890–1500 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 3/18/19 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 15, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/14/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　page **2**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                               Case No. 17-32753-CMG
Edward John Norberto                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 18, 2019
                              Form ID: 309A            Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Edward John Norberto,    34 Walter Drive,    Jackson, NJ 08527-3418
517188303       Allianceone Receivables,    Management, Inc,    PO Box 11641,    Tacoma, WA 98411-6641
517169872      +Apex Car & Truck Rental Co.,    1188 Route 88,    Lakewood, NJ 08701-4514
517188306       Brookhaven Gastroenterology,    Assoc,    260 Patchogue Yaphank Road,    Patchogue, NY 11772-4886
517188307       Brookhaven Hospital,    PO Box 557,    Lindenhurst, NY 11757-0557
517169873      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517188308       Center for Vein Restoration, LLC,    PO Box 14505,    Cincinnati, OH 45250-0505
517188309       Central Jersey Adjuster Corp,    PO Box 189,    Fanwood, NJ 07023-0189
517188310      +Central New Jersey Hand Surgery,    2 Industrial Way West,    Eatontown, NJ 07724-2266
517169874      +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
517188313       Diversified Adjustment Service, Inc,    PO Box 32145,    Minneapolis, MN 55432-0145
517188315       EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
517188314       Enhanced Recovery Company, LLC,    PO Box 23870,    Jacksonville, FL 32241-3870
517188316     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710)
517169877       Ford Motor Credit Company,    National Bankruptcy Business Center,    P. O. Box 62180,
                 Livonia, MI 48159-7901
517188317       Garden State Medical Center,    PO Box 397,    Manchester Township, NJ 08759-0397
517188318       Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517266525      +JOHN T MATHER MEMORIAL HOSPITAL,    c/o C. TECH COLLECTIONS, INC.,    5505 NESCONSET HWY- STE 200,
                 MT. SINAl, NY 11766-2026
517188321      +Kimball Emergency Med Assoc,    PO Box 6192,    Parsippany, NJ 07054-7192
517169879      +Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,    Elmsford, NY 10523-2300
517188323      +Long Island Anesthesia Physicans, LLP,    33 Route 25A,    Suite 225,
                 Rocky Point, NY 11778-8556
517188324       Manhatten Spine & Pain Medicine PC,    540 Bordentown Avenue,    2nd Floor,
                 South Amboy, NJ 08879-1546
517169880      +NCB,    Attn: Bankruptcy,    One Allied Dr,    Trevose, PA 19053-6945
517313493      +NYS DMV- Counsels Office,    6 Empire State Plaza, Rm. 522A,    Albany, NY 12228-0001
517188327      +O-Seaview Orthopaedic,    1200 Eagle Avenue,    Ocean, NJ 07712-7631
517188329       Patchogue Family Medical Care, PC,    130 Meford Avenue,    Patchogue, NY 11772-1206
517188331       Point Pleasant-Brick Radiology,    P. O. Box 3131,    Point Pleasant, NJ 08742-6131
517188332      +Professional Claims Bureau,    P.O. Box 9060,    Hicksville, NY 11802-9060
517188338       RTR Financial Services, Inc,    PO Box 2128,    Hempstead, NY 11551-2128
517188333       Radiology Advantage New Jersey,    PO Box 371863,    Pittsburgh, PA 15250-7863
517188335      +Robert Pastine,    c/o Toder & Ellis, PA,    802 Main Street,    Suite 2A,
                 Toms River, NJ 08753-6547
517188337      +Rotolo Howard & Leitner Urological Assoc,    2401 Highway 35,    Manasquan, NJ 08736-1193
517188339       Seasonal World, Inc,    532 Monmouth Road,    Cream Ridge, NJ 08514
517188340       St. Charles Hospital,    PO Box 95000-6570,    Philadelphia, PA 19195-6570
517169882      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517188341      +State of New Jersey,    Motor Vehicle Comission,    225 East State Street,
                 Trenton, NJ 08666-0001
517169883      +State of New Jersey,    25 Market Street,    Trenton, NJ 08611-2148
517188342      +Suffolk County First District Court,    400 Carleton Avenue,    Central Islip, NY 11722-4504
517188343       Traffic Violations Division Plea Unit,    PO Box 2950-ESP,    Albany, NY 12220-0950
517188344       Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
517188345       Virtual Radiologic Corp,    PO Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bkwoliver@aol.com Mar 18 2019 23:31:57      William H. Oliver, Jr.,
                 William H. Oliver, JR,    2240 State Highway 33,    Suite 112,    Neptune, NJ  07753
tr             +EDI: BBWFROST.COM Mar 19 2019 03:33:00      Barry Frost,    Barry W. Frost, Chapter 7 Trustee,
                 3131 Princeton Pike,    Suite 110,    Building 5,    Lawrenceville, NJ 08648-2201
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2019 23:32:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2019 23:32:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517169871      +EDI: AFNIRECOVERY.COM Mar 19 2019 03:33:00      Afni,    Attn: Bankruptcy,    Po Box 3097,
                 Bloomington, IL 61702-3097
517188305       EDI: HFC.COM Mar 19 2019 03:33:00      Bankcard Services,    PO Box 19360,
                 Anaheim, CA 92850-7017
517188304       E-mail/Text: bankruptcy@cavps.com Mar 18 2019 23:32:14      Cavalry Portfolio,    Services, LLC,
                 PO Box 27288,    Tempe, AZ 85285-7288
517367163      +E-mail/Text: bkteam@selenefinance.com Mar 18 2019 23:32:03
                 Christiana Trust, A Division of Wilmington Savings,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
517188312       EDI: ESSL.COM Mar 19 2019 03:33:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0063
517169875      +EDI: DCI.COM Mar 19 2019 03:33:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Mar 18, 2019
                              Form ID: 309A             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517169876        +E-mail/Text: kmorgan@morganlaw.com Mar 18 2019 23:32:18      Ford Motor Credit,
                  c/o Morgan Bornstein Morgan,    1236 Brace Road K,    Cherry Hill, NJ 08034-3229
517169878         EDI: IRS.COM Mar 19 2019 03:33:00      Internal Service Revenue,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517188319         EDI: JEFFERSONCAP.COM Mar 19 2019 03:33:00      Jefferson Capital Systems, LLC,    PO Box 953185,
                  Saint Louis, MO 63195-3185
517188320         E-mail/Text: pburghardt@matherhospital.org Mar 18 2019 23:32:06
                  John T. Mather Memorial Hospital,    PO Box 5784,   Hicksville, NY 11802-5784
517188322         E-mail/Text: ebn@rwjbh.org Mar 18 2019 23:32:16      Kimball Medical Center,    PO Box 903,
                  Oceanport, NJ 07757-0903
517382988         EDI: RESURGENT.COM Mar 19 2019 03:33:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                  PO Box 10587,   Greenville, SC 29603-0587
517188325         E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Mar 18 2019 23:32:17
                  Meridian Health Pt Pymt,    PO Box 417140,   Boston, MA 02241-7140
517188326         E-mail/Text: ebn@rwjbh.org Mar 18 2019 23:32:16      Monmouth Medical Center,
                  Payment Processing Center,    PO Box 29965,   New York, NY 10087-9965
517188328        +E-mail/Text: bcwrtoff@cablevision.com Mar 18 2019 23:32:19      Optimum,    1111 Stewart Avenue,
                  Bethpage, NY 11714-3533
517188334         EDI: RMCB.COM Mar 19 2019 03:33:00      RMCB,   PO Box 1235,    Elmsford, NY 10523-0935
517188336         E-mail/Text: rwjebn@rwjbh.org Mar 18 2019 23:32:19      Robert Wood Johnson Hospital,
                  PO Box 15448,   Newark, NJ 07192-5448
517169881         E-mail/Text: bkteam@selenefinance.com Mar 18 2019 23:32:03      Selene Finance,    9990 Richmond,
                  Suite 400 South,   Houston, TX 77042-4546
517188346         EDI: WACHOVIA.COM Mar 19 2019 03:33:00      Wachovia Bank,    FL0500 R1 Payments,    PO Box 45038,
                  Jacksonville, FL 32232-5038
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517188311      ##Consumer Cellular,    7204 SW Durham Road,    Portland, OR 97224-7574
517188330      ##Pioneer Credit Recovery, Inc.,    PO Box 3116,   Lake City, FL 32056-3116
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```