**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward John Norberto <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4407 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32753–CMG | |

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward John Norberto

6/21/19                                                                              **By the court:**   Christine M. Gravelle
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32753-CMG
Edward John Norberto                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db           +Edward John Norberto,    34 Walter Drive,    Jackson, NJ 08527-3418
518185076    +Aarons Inc.,    120 3rd Ave.,    Ste. 31,    Neptune, NJ 07753-8214
517188303     Allianceone Receivables,    Management, Inc,    PO Box 11641,    Tacoma, WA 98411-6641
517188872    +Apex Car & Truck Rental Co.,    1188 Route 88,    Lakewood, NJ 08701-4514
517188306     Brookhaven Gastroenterology,    Assoc,   260 Patchogue Yaphank Road,    Patchogue, NY 11772-4886
517188307     Brookhaven Hospital,    PO Box 557,    Lindenhurst, NY 11757-0557
517169873    +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
               Camp Hill, PA 17001-8875
517188308     Center for Vein Restoration, LLC,    PO Box 14505,    Cincinnati, OH 45250-0505
517188309     Central Jersey Adjuster Corp,    PO Box 189,    Fanwood, NJ 07023-0189
517188310    +Central New Jersey Hand Surgery,    2 Industrial Way West,    Eatontown, NJ 07724-2266
517169874    +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
517188313     Diversified Adjustment Service, Inc,    PO Box 32145,    Minneapolis, MN 55432-0145
517188315     EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
517188316   ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,
               Commack, NY 11725-5710)
517169877     Ford Motor Credit Company,    National Bankruptcy Business Center,    P. O. Box 62180,
               Livonia, MI 48159-7901
517188317     Garden State Medical Center,    PO Box 397,    Manchester Township, NJ 08759-0397
517188318     Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517266525    +JOHN T MATHER MEMORIAL HOSPITAL,    c/o C. TECH COLLECTIONS, INC.,    5505 NESCONSET HWY- STE 200,
               MT. SINAl, NY 11766-2026
517188321    +Kimball Emergency Med Assoc,    PO Box 6192,    Parsippany, NJ 07054-7192
517169879    +Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,    Elmsford, NY 10523-2300
517188323    +Long Island Anesthesia Physicans, LLP,    33 Route 25A,    Suite 225,
               Rocky Point, NY 11778-8556
517188324     Manhatten Spine & Pain Medicine PC,    540 Bordentown Avenue,    2nd Floor,
               South Amboy, NJ 08879-1546
517169880    +NCB,    Attn: Bankruptcy,    One Allied Dr,    Trevose, PA 19053-6945
517313493    +NYS DMV- Counsels Office,    6 Empire State Plaza, Rm. 522A,    Albany, NY 12228-0001
517188327    +O-Seaview Orthopaedic,    1200 Eagle Avenue,    Ocean, NJ 07712-7631
517188329     Patchogue Family Medical Care, PC,    130 Meford Avenue,    Patchogue, NY 11772-1206
517188331     Point Pleasant-Brick Radiology,    P. O. Box 3131,    Point Pleasant, NJ 08742-6131
517188332    +Professional Claims Bureau,    P.O. Box 9060,    Hicksville, NY 11802-9060
517188338     RTR Financial Services, Inc,    PO Box 2128,    Hempstead, NY 11551-2128
517188333     Radiology Advantage New Jersey,    PO Box 371863,    Pittsburgh, PA 15250-7863
517188335    +Robert Pastine,    c/o Toder & Ellis, PA,    802 Main Street,    Suite 2A,
               Toms River, NJ 08753-6547
517188337    +Rotolo Howard & Leitner Urological Assoc,    2401 Highway 35,    Manasquan, NJ 08736-1193
517188339     Seasonal World, Inc,    532 Monmouth Road,    Cream Ridge, NJ 08514
517188340     St. Charles Hospital,    PO Box 95000-6570,    Philadelphia, PA 19195-6570
517169882    +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517169883    +State of New Jersey,    25 Market Street,    Trenton, NJ 08611-2148
517188341    +State of New Jersey,    Motor Vehicle Comission,    225 East State Street,
               Trenton, NJ 08666-0001
517188342    +Suffolk County First District Court,    400 Carleton Avenue,    Central Islip, NY 11722-4504
517188343     Traffic Violations Division Plea Unit,    PO Box 2950-ESP,    Albany, NY 12220-0950
517188344     Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
517188345     Virtual Radiologic Corp,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2019 00:33:05     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2019 00:33:00     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517169871    +EDI: AFNIRECOVERY.COM Jun 22 2019 04:03:00     Afni,    Attn: Bankruptcy,    Po Box 3097,
               Bloomington, IL 61702-3097
517188305     EDI: HFC.COM Jun 22 2019 04:03:00     Bankcard Services,    PO Box 19360,
               Anaheim, CA 92850-7017
517188304     E-mail/Text: bankruptcy@cavps.com Jun 22 2019 00:33:30     Cavalry Portfolio,   Services, LLC,
               PO Box 27288,    Tempe, AZ 85285-7288
517367163    +E-mail/Text: bkteam@selenefinance.com Jun 22 2019 00:32:21
               Christiana Trust, A Division of Wilmington Savings,    c/o Selene Finance LP,
               9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
517188312     EDI: ESSL.COM Jun 22 2019 04:03:00     Dish Network,    Dept 0063,    Palatine, IL 60055-0063
517169875    +EDI: DCI.COM Jun 22 2019 04:03:00     Diversified Consultants, Inc.,
               Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517188314     E-mail/Text: bknotice@ercbpo.com Jun 22 2019 00:33:11     Enhanced Recovery Company, LLC,
               PO Box 23870,    Jacksonville, FL 32241-3870
517169876    +E-mail/Text: kmorgan@morganlaw.com Jun 22 2019 00:33:54     Ford Motor Credit,
               c/o Morgan Bornstein Morgan,    1236 Brace Road K,    Cherry Hill, NJ 08034-3229
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Jun 21, 2019
                              Form ID: 318              Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517169878      EDI: IRS.COM Jun 22 2019 04:03:00      Internal Service Revenue,   PO Box 7346,
                Philadelphia, PA 19101-7346
517188319      EDI: JEFFERSONCAP.COM Jun 22 2019 04:03:00      Jefferson Capital Systems, LLC,   PO Box 953185,
                Saint Louis, MO 63195-3185
517188320      E-mail/Text: bkomorowski@northwell.edu Jun 22 2019 00:32:25
                John T. Mather Memorial Hospital,   PO Box 5784,   Hicksville, NY 11802-5784
517188322      E-mail/Text: ebn@rwjbh.org Jun 22 2019 00:33:37      Kimball Medical Center,   PO Box 903,
                Oceanport, NJ 07757-0903
517382988      EDI: RESURGENT.COM Jun 22 2019 04:03:00      LVNV Funding, LLC its successors and assigns as,
                assignee of North Star Capital,   Acquisition LLC,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
517188325      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jun 22 2019 00:33:48
                Meridian Health Pt Pymt,   PO Box 417140,   Boston, MA 02241-7140
517188326      E-mail/Text: ebn@rwjbh.org Jun 22 2019 00:33:37      Monmouth Medical Center,
                Payment Processing Center,   PO Box 29965,   New York, NY 10087-9965
517188328     +E-mail/Text: bcwrtoff@cablevision.com Jun 22 2019 00:33:59      Optimum,   1111 Stewart Avenue,
                Bethpage, NY 11714-3533
517188334      EDI: RMCB.COM Jun 22 2019 04:03:00      RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
517188336      E-mail/Text: rwjebn@rwjbh.org Jun 22 2019 00:34:01      Robert Wood Johnson Hospital,
                PO Box 15448,   Newark, NJ 07192-5448
517169881      E-mail/Text: bkteam@selenefinance.com Jun 22 2019 00:32:21      Selene Finance,   9990 Richmond,
                Suite 400 South,   Houston, TX 77042-4546
517188346      EDI: WACHOVIA.COM Jun 22 2019 04:03:00      Wachovia Bank,   FL0500 R1 Payments,   PO Box 45038,
                Jacksonville, FL 32232-5038
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             SELENE FINANCE,   9990 Richmond Suite 400 South,   Houston, TX  77042-4546
517188311      ##Consumer Cellular,   7204 SW Durham Road,   Portland, OR 97224-7574
517188330      ##Pioneer Credit Recovery, Inc.,   PO Box 3116,   Lake City, FL 32056-3116
                                                                                  TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com
              Christopher Keith Baxter    on behalf of Creditor   CHRISTIANA TRUST, A DIVISION OF WILMINGTON
               SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES2013-19
               BKECF@mlg-defaultlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Edward John Norberto bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 6
```